DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:88-0389-cv-JKS |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| TIMOTHY P. KOSEDNAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    COMES NOW the United States Attorney's Office, by and through Richard Pomeroy, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

    All further pleadings and correspondence, etc. shall be sent to the following address:

    Richard Pomeroy
    Assistant U.S. Attorney

222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-3224
E-mail: richard.pomeroy@usdoj.gov

RESPECTFULLY SUBMITTED on this 15th day of March, 2006, in

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-3224
E-mail: richard.pomeroy@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 16, 2006
a copy of the foregoing was served
via electronic notice:

Robert C. Bundy

s/ Richard L. Pomeroy

**U.S. v. KOSEDNAR**
3:88-0389-cv-JKS                                                        2